# U.S. Bankruptcy Appellate Panel of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD

2011 JUN -6 P 12: 12

COURT NEVADA BY DEPUTY

**In Re:** **XYIENCE INCORPORATED** **BAP No.:** **NV-11-1197**

**Bk. Ct. No.:** 08-10474 **RE:** *Notice of Appeal Filed on 04/25/11*

**Appeal Reference Number:** *11-16*

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection (statement of election) to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to the U.S. District Court (Las Vegas, Nevada).

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Vincent Barbato, Deputy Clerk
Date: June 2, 2011

Please acknowledge receipt of the case file listed above.
Dated:____________________

Signed:____________________
District Court Deputy

Assigned District Court No.

cc: Bankruptcy Court
All Parties

**2:11-cv-00913-GMN -LRL**

## General Docket
## U. S. Bankruptcy Appellate Panel for the Ninth Circuit

**Bankruptcy Appellate Panel Docket #:** 11-1197
Richard Bergeron, III v. Zyen, LLC, et al
**Appeal From:** Nevada - Las Vegas
**Fee Status:** fee due

**Docketed:** 04/28/2011
**Termed:** 06/02/2011

**Case Type Information:**
1) Bankruptcy
2) Chapter 11 Business
3) null

**Originating Court Information:**
**District:** 0978-2 : 08-10474
**Trial Judge:** Lloyd King, U.S. Bankruptcy Judge
**Date Filed:** 01/18/2008

| Date Order/Judgment: | Date NOA Filed: | Date Rec'd BAP: |
|---|---|---|
| 04/08/2011 | 04/25/2011 | 04/27/2011 |

**Prior Cases:**
None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | | | | |
| | 11-1135 | 11-1197 | 04/28/2011 | |

**Panel Assignment:** Not available

In re: XYIENCE INCORPORATED
Debtor

-----------------------------

RICHARD E. BERGERON, III
Appellant

Richard E. Bergeron, III
Direct: (617) 209-4325
[NTC Pro Se]
P.O. Box 5212
Weirs Beach, NH 03247

v.

ZYEN, LLC
Appellee

Gregory Garman
Direct: (702) 796-5555
[NTC Retained]
GORDON SILVER
9th Floor
3960 Howard Hughes Parkway
Las Vegas, NV 89169

| | |
|---|---|
| MANZEN, LLC, DBA Xyience<br>Appellee | Gregory Garman<br>Direct: (702) 796-5555<br>[NTC Retained]<br>(see above) |

In re: XYIENCE INCORPORATED

Debtor

------------------------------

RICHARD E. BERGERON, III

Appellant

v.

ZYEN, LLC; MANZEN, LLC, DBA Xyience

Appellees

| | |
|---|---|
| 04/27/2011 | Received NOTICE OF APPEAL filed in Bankruptcy Court on 04/25/2011, NOTICE OF REFERRAL, "COPY" BK.CT. MEMORANDUM (RE: Notice of Appeal), TRANSMITTAL FORM & "COPY" ORDER ON APPEAL - RE: 04/08/2011 Bk.Ct. order enjoining interference with implementation of plan of reorganization. (VB) |
| 04/28/2011 | NOTICE to all parties and Bankruptcy Court - RE: BAP Case number assigned: CC-11-1197. Sent Bankruptcy Record Request Form to Bankruptcy Court. (VB) |
| 04/28/2011 | NOTICE OF DEFICIENCY sent to Appellant - RE: untimely notice of appeal. Appellant's Response Due: 05/12/2011. cc: All parties. (VB) |
| 05/18/2011 | "SECOND" NOTICE OF DEFICIENCY sent to Appellant - RE: untimely notice of appeal. Appellant's Response Due: 06/01/2011. cc: All parties. (VB) |
| 06/02/2011 | Received from Bankruptcy Court - "COPY" APPELLEES (Zyen, LLC & Manzen, LLC) STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY THE U.S. DISTRICT COURT filed in Bk.Ct. on 05/24/2011. (VB) |
| 06/02/2011 | NOTICE sent 06/02/2011 to District Court (Las Vegas, Nevada) transferring appeal per appellees statement of election (objection). (VB) |
| 06/02/2011 | CLOSED: Case closed: Election without judicial action; 06/02/2011; NV-11-1197; Transferred by appellees election. (VB) |

GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Zyen, LLC and
Manzen, LLC d/b/a Xyience, Appellees

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JUN 2 2011

FILED ______________

DOCKETED 06/02/11 v.j.b.
DATE INITIAL

BAP#: NV-11-1197

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>a Nevada corporation,<br><br>Debtor. | Bankruptcy Appellate Panel (BAP)<br>Case No: 11-1197<br><br>Case No.: BK-S-08-10474-MKN<br><br>Chapter 11 |
| RICHARD E. BERGERON, III, an individual<br><br>Appellant,<br><br>v.<br><br>ZYEN, LLC, a Nevada limited liability company, and MANZEN, LLC d/b/a XYIENCE, a Nevada limited liability company,<br><br>Appellees. | |

**STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT INSTEAD OF BANKRUPTCY APPELLATE PANEL PURSUANT TO 28 U.S.C. § 158(c)(1)(B)**

Pursuant to 28 U.S.C. § 158(c)(1)(B), Rule 8001(e) of the Federal Rules of Bankruptcy Procedure, and Rule 8001 of the Local Bankruptcy Rules for the U.S. Bankruptcy Court for the District of Nevada, Zyen, LLC, and Manzen, LLC d/b/a Xyience (together, the "Appellees"), by and through their counsel, the law firm of Gordon Silver, hereby elect to have the appeal of the

Order Enjoining Interference with Implementation of Plan of Reorganization [ECF No. 619], entered in the above-captioned bankruptcy case, which is the subject of the Notice of Appeal [ECF No. 622], heard by the U.S. District Court for the District of Nevada, rather than by the U.S. Bankruptcy Appellate Panel for the Ninth Circuit.

DATED this 24th day of May, 2011.

GORDON SILVER

By: /s/ Gregory E. Garman
GREGORY E. GARMAN, ESQ.
Attorneys for Zyen, LLC and
Manzen, LLC d/b/a Xyience, Appellees

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

# U.S. Bankruptcy Appellate Panel of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**To:** Richard E. Bergeron III
P.O. Box 5212
Weirs Beach, NH 03247

**From:** Vincent Barbato, Deputy Clerk

**Date:** May 18, 2011

**Case Name: XYIENCE INCORPORATED**

**BAP No: NV-11-1197**

**Bankruptcy No:** 08-10474

**RE:** *Notice of Appeal Filed on 04/25/11*

*Appeal Reference Number: 11-16*

**Subject: "SECOND" NOTICE OF DEFICIENT APPEAL AND IMPENDING DISMISSAL**

YOU MUST FILE A RESPONSE TO THIS NOTICE WITH THE BAP CLERK'S OFFICE WITHIN FOURTEEN DAYS OR YOUR APPEAL MAY BE DISMISSED.

A review of the documents in this appeal reveals a deficiency which could result in dismissal. This appeal appears to be defective for the following reasons:

**LACK OF JURISDICTION OF THE BANKRUPTCY APPELLATE PANEL**

The Notice of Appeal was filed beyond the FOURTEEN (14) day time period allowed by Fed. R. Bankr. § 8002, 8019 In re Slimick, 928 F.2d 304, 306 (9th Cir. 1990).

Date of entry of order being appealed: April 8, 2011
Date of filing the Notice of Appeal: April 25, 2011

You must file with the BAP and serve on all parties to this appeal a legally-sufficient explanation why this appeal should not be dismissed as untimely.

*Therefore, this appeal may be **DISMISSED** unless, within **FOURTEEN (14) days** of this notice, the Appellant provides an adequate legal explanation as to why the appeal should not be dismissed. All responses should be provided in the form of an original and 3 copies with proof of service on opposing counsel.*

**cc:** All other parties

CERTIFICATE OF MAILING

The undersigned, deputy clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document on which this certificate appears was transmitted this date to all parties of record to this appeal.

**By:** Vincent Barbato, Deputy Clerk

**Date:** May 18, 2011

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**U. S. Bankruptcy Appellate Panel for the Ninth Circuit**

**Notice of Docket Activity**

The following transaction was entered on 05/18/2011 at 12:19:17 PM PDT and filed on 05/18/2011

| | |
|---|---|
| **Case Name:** | Richard Bergeron, III v. Zyen, LLC, et al |
| **Case Number:** | 11-1197 |
| **Document(s):** | Document(s) |

**Docket Text:**
"SECOND" NOTICE OF DEFICIENCY sent to Appellant - RE: untimely notice of appeal. Appellant's Response Due: 06/01/2011. cc: All parties. (VB)

The following document(s) are associated with this transaction:
**Document Description:** Notice of DeficientAppeal - Jurisdiction
**Original Filename:** /opt/ACECF/bap-live/forms/vincentb_111197_417885_NoticeofDeficientAppeal-Jurisdiction_136.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=05/18/2011] [FileNumber=417885-0]
[73f3b400a37089696026ac3e2f01a2008b83ac8d4e0e90c653ed1179e082540ed31ac978596e581bbca4db738e9ffb401e15a57d1552dbf028669983803e6e08]]
**Recipients:**

- Bergeron, Richard E., III
- Garman, Gregory

**Case participants listed below will not receive this electronic notice:**

Bergeron, Richard E., III
P.O. Box 5212
Weirs Beach, NH 03247

Garman, Gregory
GORDON SILVER
9th Floor
3960 Howard Hughes Parkway
Las Vegas, NV 89169

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 417885
**RELIEF(S) DOCKETED:**
file a response to order
**DOCKET PART(S) ADDED:** 370044, 370045

# U.S. Bankruptcy Appellate Panel of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**To:** Richard E. Bergeron III
P.O. Box 5212
Weirs Beach, NH 03247

**From:** Vincent Barbato, Deputy Clerk

**Date:** April 28, 2011

**Case Name:** **XYIENCE, INC.**

**BAP No: NV-11-1197**

**Bankruptcy No:** 08-10474

**RE:** *Notice of Appeal Filed on 04/25/11*

**Subject: NOTICE OF DEFICIENT APPEAL AND IMPENDING DISMISSAL**

YOU MUST FILE A RESPONSE TO THIS NOTICE WITH THE BAP CLERK'S OFFICE WITHIN FOURTEEN DAYS OR YOUR APPEAL MAY BE DISMISSED.

A review of the documents in this appeal reveals a deficiency which could result in dismissal. This appeal appears to be defective for the following reasons:

**LACK OF JURISDICTION OF THE BANKRUPTCY APPELLATE PANEL**

The Notice of Appeal was filed beyond the FOURTEEN (14) day time period allowed by Fed. R. Bankr. § 8002, 8019 In re Slimick, 928 F.2d 304, 306 (9th Cir. 1990).

Date of entry of order being appealed: **April 8, 2011**
Date of filing the Notice of Appeal: **April 25, 2011**

You must file with the BAP and serve on all parties to this appeal a legally-sufficient explanation why this appeal should not be dismissed as untimely.

*Therefore, this appeal may be* ***DISMISSED*** *unless, within* ***FOURTEEN (14) days*** *of this notice, the Appellant provides an adequate legal explanation as to why the appeal should not be dismissed. All responses should be provided in the form of an original and 3 copies with proof of service on opposing counsel.*

**cc:** All other parties

CERTIFICATE OF MAILING

The undersigned, deputy clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document on which this certificate appears was transmitted this date to all parties of record to this appeal.

**By:** Vincent Barbato, Deputy Clerk

**Date:** April 28, 2011

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**U. S. Bankruptcy Appellate Panel for the Ninth Circuit**

**Notice of Docket Activity**

The following transaction was entered on 04/28/2011 at 2:37:10 PM PDT and filed on 04/28/2011

| | |
|---|---|
| **Case Name:** | Richard Bergeron, III v. Zyen, LLC, et al |
| **Case Number:** | 11-1197 |
| **Document(s):** | Document(s) |

**Docket Text:**
NOTICE OF DEFICIENCY sent to Appellant - RE: untimely notice of appeal. Appellant's Response Due: 05/12/2011. cc: All parties. (VB)

The following document(s) are associated with this transaction:
**Document Description:** Notice of DeficientAppeal - Jurisdiction
**Original Filename:** /opt/ACECF/bap-live/forms/vincentb_111197_417125_NoticeofDeficientAppeal-Jurisdiction_136.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/28/2011] [FileNumber=417125-0]
[5b2a94dfb42eac544891e064fc68fbb46efcd04d931761dff819c4b0b89a523bbe894df1e150bb488bec43b7dc878f9623098912e0e77cfa562dcfa8e4bca48a]]
**Recipients:**

- Bergeron, Richard E., III
- Garman, Gregory

**Case participants listed below will not receive this electronic notice:**

Bergeron, Richard E., III
P.O. Box 5212
Weirs Beach, NH 03247

Garman, Gregory
GORDON SILVER
9th Floor
3960 Howard Hughes Parkway
Las Vegas, NV 89169

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 417125
**RELIEF(S) DOCKETED:**
file a response to order
**DOCKET PART(S) ADDED:** 368990, 368991

# U.S. Bankruptcy Appellate Panel of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**RE:** **XYIENCE, INC.**

**Appellant:** Richard E. Bergeron, III *Appeal Reference Number: 11-16*

**BAP No.:** **NV-11-1197**

**Bk. No.:** 08-10474 **RE:** *Notice of Appeal Filed on 04/25/11*

## OPENING LETTER

Notice of Appeal in this case has been received by the Bankruptcy Appellate Panel (BAP) and assigned the case number above.

For all BAP cases filed on or after March 31, 2010, electronic filing using the BAP's Case Management/Electronic Case Filing (CM/ECF) docketing system is **mandatory** for all attorneys. Please review the Administrative Order Regarding Electronic Filing in BAP Cases available on the BAP website www.bap9.uscourts.gov for further information.

For non-attorneys, all papers filed with the BAP should be in the form of an original and three copies.

The BAP docket and other court information is available through the National PACER system. http://www.bap9.uscourts.gov

Enclosed are the 9th Cir. BAP Rules governing practice before the BAP. Appeals are also governed by Parts VIII and IX of the Federal Rules of Bankruptcy Procedure (F.R.B.P.), and some parts of the Federal Rules of Appellate Procedure (F.R.A.P.) See 9th Cir. BAP Rule 8018(b)-1.

Pursuant to 9th Cir. Rule 8001(a)-1, please immediately send the BAP Clerk a copy of the signed and entered order or judgment being appealed if it was not attached to your notice of appeal.

After a Notice of Appeal has been filed, the parties' next step in prosecuting this appeal is compliance with F.R.B.P 8006 and 8007, which require Appellant to file within 14 days in the bankruptcy court a designation of the record, statement of issues on appeal, and a notice regarding the ordering of transcripts. Under these rules Appellee may also file a supplemental designation of the record and order transcripts. The party ordering the transcripts must make satisfactory arrangements for payment of their costs.

Even if transcripts are not ordered, Appellant is required to file with the bankruptcy court a notice stating that none are required. See also 9th Cir. BAP R. 8006-1.

The parties should note that the designation of the record under F.R.B.P. 8006 is a necessary procedural step in prosecuting an appeal and the parties may not later include in their excerpts of the record documents which have not been designated.

The record and bankruptcy file remain with the Clerk of the bankruptcy court and the Panel reviews only those items which are reproduced and included in the excerpts of the record filed at the time of the briefs. While the Panel may call up the formal record, in practice this rarely occurs.

Further, it is the parties' responsibility to monitor the appeal to ensure that transcripts are timely filed and the record is completed in a timely manner. Under F.R.B.P. 8007(a), the court reporter is required to file transcripts within 30 days of receipt of the parties' request, unless an extension has been granted.

After the record is complete, the Clerk of the bankruptcy court will send a Certificate of Record, sometimes referred to as a Certificate of Readiness or Certificate of Transcripts, to the BAP Clerk.

Appeals are set for hearing in the bankruptcy district from which the appeal arose whenever feasible. To expedite the appeal or if the parties feel argument is unnecessary, they may file a stipulation or motion to submit their appeal on the briefs and record, thereby waiving oral argument. The Panel will also consider stipulations requesting an alternative hearing location or hearing by telephone conference. Such motions should be filed at the earliest possible scheduled date, generally with the opening brief, as once a case has been scheduled for argument, continuance and request of change time and place are rarely granted.

## CERTIFICATE OF MAILING

The undersigned, deputy clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document on which this certificate appears was transmitted this date to all parties of record to this appeal.

**By:** Vincent Barbato, Deputy Clerk

**Date:** April 28, 2011

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**U. S. Bankruptcy Appellate Panel for the Ninth Circuit**

**Notice of Docket Activity**

The following transaction was entered on 04/28/2011 at 1:36:20 PM PDT and filed on 04/28/2011

**Case Name:** Richard Bergeron, III v. Zyen, LLC, et al
**Case Number:** 11-1197
**Document(s):** Document(s)

**Docket Text:**
NOTICE to all parties and Bankruptcy Court - RE: BAP Case number assigned: CC-11-1197. Sent Bankruptcy Record Request Form to Bankruptcy Court. (VB)

The following document(s) are associated with this transaction:
**Document Description:** BAP Rules
**Original Filename:** /opt/ACECF/bap-live/forms/baprulesREVISED01-01-10.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/28/2011] [FileNumber=417118-0]
[1d8aff1447eea232462afac87be2582e3e127924da315eea110879a2debff835697209abf05892a480d1ed502649043c16808882f67930207762364ef935f25f]]
**Recipients:**

- Bergeron, Richard E., III
- Garman, Gregory

**Document Description:** Corporate Parent Disclosure Statement
**Original Filename:** /opt/ACECF/bap-live/forms/discstmt-11-1197.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/28/2011] [FileNumber=417118-1]
[5bc46db0f9f2c3d28723ea77bb2aad5ef3abe348c550b55ea8fea14e11cd40f7e8fe1f3702060762499c35b4c760d85af50fe8d2810ee09da6fe1851ace9a696]]
**Recipients:**

- Bergeron, Richard E., III
- Garman, Gregory

**Document Description:** Opening Letter
**Original Filename:** /opt/ACECF/bap-live/forms/vincentb_111197_417118_OpeningLetter_93.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/28/2011] [FileNumber=417118-2]
[0b1c73b699ee2228aac0c65fa4c64453576df4c1f25a00b0f396a42b9d2d7b8411a6d45d442886e7ad3a56b0f9be2e9e9f82bd3a84cc70c5b2181723f8a02d11]]
**Recipients:**

- Bergeron, Richard E., III
- Garman, Gregory

**Document Description:** Bankruptcy Court Notice Form
**Original Filename:** /opt/ACECF/bap-live/forms/vincentb_111197_417118_BkCtNoticeForm_137.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/28/2011] [FileNumber=417118-3]
[370195f92775efc4ee902b39c8d885f418e67217812c2c0923dccef254216072f344c17ba78ca15968768330e78ff454c7be84d6e4509d7b172702cb1ae29b84]]
**Recipients:**

- BkCt, Las Vegas

**Notice will be electronically mailed to:**

BkCt, Las Vegas

**Case participants listed below will not receive this electronic notice:**

Bergeron, Richard E., III
P.O. Box 5212

Weirs Beach, NH 03247

Garman, Gregory
GORDON SILVER
9th Floor
3960 Howard Hughes Parkway
Las Vegas, NV 89169

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 417118
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 368978

OFFICE OF THE CLERK
U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 SOUTH GRAND AVENUE
PASADENA, CALIFORNIA 91105

CORPORATE PARENT DISCLOSURE STATEMENT

To be filled out by all corporate parties who are not governmental entities

NOTICE TO PARTIES: THE BANKRUPTCY APPELLATE PANEL (BAP) APPLIES FEDERAL RULE OF APPELLATE PROCEDURE 26.1. ACCORDINGLY, IF YOU ARE A CORPORATION, YOU MUST COMPLETE THIS STATEMENT AND RETURN IT TO THE BAP AT THE ABOVE ADDRESS.

PRINT OR TYPE LEGIBLY

BAP Appeal No. NV-11-1197 Bankruptcy No. S-08-10474-MKN
Adversary No.

Debtor's Name: XYIENCE, INC.

This Corporate Parent Disclosure Statement is made by the following corporate party:

______________________________

The above-named corporate party hereby identifies the following entity or entities as its parent corporation(s) and/or the following publicly-held corporations as owning 10% or more of the corporate party's stock [attach additional pages if necessary]:

______________________________

______________________________

______________________________

Signature of attorney for corporate party

Printed name of attorney for corporate party

Name of law firm, if any

# U.S. Bankruptcy Appellate Panel of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**To:** Clerk, Bankruptcy Court
**Debtor(s):** **XYIENCE, INC.**
**BAP No.:** **NV-11-1197**
**Bk. Ct. No.:** 08-10474

*Appeal Reference Number: 11-16*
**RE:** *Notice of Appeal Filed on 04/25/11*

The Bankruptcy Appellate Panel has received and docketed the notice of appeal referenced in the attached transmittal. The BAP case number is indicated above for your information.

If completion of the record has been delayed, please advise us as to the cause of the delay by completing the following checklist and sending a copy of this letter back to us:

**IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS**

Susan M Spraul, BAP Clerk

**By:** Vincent Barbato, Deputy Clerk
**Date:** April 28, 2011

**A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING ITEMS HAVE NOT BEEN FILED:**

[ ] No Filing Fees paid
[ ] No Designation of Record
[ ] No Statement of Issues
[ ] No Notice Regarding the Transcript
[ ] No Reporter's Transcript(s)

Reporter name:______________________
phone:______________________
Judge:______________________
Transcript date(s):______________________

[ ] No Transcript Fees paid
[ ] Extension of Time Granted to Reporter:
New deadline:______________________
[ ] Other:______________________

**B) DEPUTY CLERK PROCESSING THIS APPEAL**

1. Name:______________________
2. Phone:______________________
3. Date:______________________

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**U. S. Bankruptcy Appellate Panel for the Ninth Circuit**

**Notice of Docket Activity**

The following transaction was entered on 04/28/2011 at 1:36:20 PM PDT and filed on 04/28/2011

**Case Name:** Richard Bergeron, III v. Zyen, LLC, et al
**Case Number:** 11-1197
**Document(s):** Document(s)

**Docket Text:**
NOTICE to all parties and Bankruptcy Court - RE: BAP Case number assigned: CC-11-1197. Sent Bankruptcy Record Request Form to Bankruptcy Court. (VB)

The following document(s) are associated with this transaction:
**Document Description:** BAP Rules
**Original Filename:** /opt/ACECF/bap-live/forms/baprulesREVISED01-01-10.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/28/2011] [FileNumber=417118-0]
[1d8aff1447eea232462afac87be2582e3e127924da315eea110879a2debff835697209abf05892a480d1ed502649043c16808882f67930207762364ef935f25f]]
**Recipients:**

- Bergeron, Richard E., III
- Garman, Gregory

**Document Description:** Corporate Parent Disclosure Statement
**Original Filename:** /opt/ACECF/bap-live/forms/discstmt-11-1197.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/28/2011] [FileNumber=417118-1]
[5bc46db0f9f2c3d28723ea77bb2aad5ef3abe348c550b55ea8fea14e11cd40f7e8fe1f3702060762499c35b4c760d85af50fe8d2810ee09da6fe1851ace9a696]]
**Recipients:**

- Bergeron, Richard E., III
- Garman, Gregory

**Document Description:** Opening Letter
**Original Filename:** /opt/ACECF/bap-live/forms/vincentb_111197_417118_OpeningLetter_93.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/28/2011] [FileNumber=417118-2]
[0b1c73b699ee2228aac0c65fa4c64453576df4c1f25a00b0f396a42b9d2d7b8411a6d45d442886e7ad3a56b0f9be2e9e9f82bd3a84cc70c5b2181723f8a02d11]]
**Recipients:**

- Bergeron, Richard E., III
- Garman, Gregory

**Document Description:** Bankruptcy Court Notice Form
**Original Filename:** /opt/ACECF/bap-live/forms/vincentb_111197_417118_BkCtNoticeForm_137.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/28/2011] [FileNumber=417118-3]
[370195f92775efc4ee902b39c8d885f418e67217812c2c0923dccef254216072f344c17ba78ca15968768330e78ff454c7be84d6e4509d7b172702cb1ae29b84]]
**Recipients:**

- BkCt, Las Vegas

**Notice will be electronically mailed to:**

BkCt, Las Vegas

**Case participants listed below will not receive this electronic notice:**

Bergeron, Richard E., III
P.O. Box 5212

Weirs Beach, NH 03247

Garman, Gregory
GORDON SILVER
9th Floor
3960 Howard Hughes Parkway
Las Vegas, NV 89169

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 417118
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 368978

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 08–10474–mkn**
**Chapter 11**
**Appeal Reference Number 11–16**
**BAP Number** BAP# NV-11-1197

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

APR 27 2011

FILED ______
DOCKETED 04/27/11 V.2.B
DATE INITIAL

In re:
XYIENCE, INCORPORATED
Debtor(s)

RICHARD BERGERON, AN INDIVIDUAL
Appellant(s)

vs

XYIENCE INCORPORATED, A NEVADA CORPORATION
Appellee(s)

YES, ADVERSARY CASE 08–1082–MKN TRANSMITTAL FORM, DISTRICT OFFICE NO. 0978/ 2

To: BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 South Grand Avenue, Pasadena, CA 91105

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | YES, ADVERSARY CASE 08–1082–MKN |
| Bankruptcy Judge | MIKE K. NAKAGAWA |
| Date Notice of Appeal Filed | 04/25/2011 |
| Date of Entry of Order Appealed | 04/08/2011 |
| Date Bankruptcy Filed | 01/18/2008 |
| Other | |

BY THE COURT

Mary A. Schott

Mary A. Schott
Clerk of the Bankruptcy Court

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 08–10474–mkn**
**Chapter 11**
**Appeal Reference Number 11–16**
**BAP Number**

In re:
XYIENCE, INCORPORATED
Debtor(s)

RICHARD BERGERON, AN INDIVIDUAL
Appellant(s)

vs

XYIENCE, INCORPORATED, A NEVADA CORPORATION
Appellee(s)

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

APR 27 2011

FILED ________
DOCKETED 04/27/11 V.?8
DATE INITIAL

**NOTICE OF REFERRAL OF APPEAL**
**TO BANKRUPTCY APPELLATE PANEL**

TO: ALL PARTIES IN APPEAL
U.S. TRUSTEE

,

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by RICHARD E. BERGERON III with the Clerk of the Bankruptcy Court on APRIL 25, 2011. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. Bankruptcy Appellate Panels of the Ninth Circuit (BAP).

Any party desiring to object to such referral must do so in conformity with the foregoing orders and their provisions for reference to Bankruptcy Appellate Panel, a copy thereof being attached.

For further information, you may contact the Clerk of the Bankruptcy Appellate Panel at 125 South Grand Avenue, Pasadena, CA 91105, or phone (626)229–7225.

Dated: 4/26/11

BY THE COURT

Mary A. Schott

Mary A. Schott
Clerk of the Bankruptcy Court

Parties Electronically Noticed: BANKRUPTCY APPELLATE PANEL

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 08−10474−mkn**
**Chapter 11**
**Appeal Reference Number 11−16**
**BAP Number**
**USDC Case Number**

BAP#: NV- 11-1197

RECE... Susan M. Spraul, Clerk U.S. BKCY. APP. PANEL OF THE NINTH CIRCUIT

APR 27 2011

FILED
DOCKETED 04/27/11 DATE U.J.B. INITIAL

In re:
XYIENCE, INCORPORATED
Debtor(s).

---

RICHARD BERGERON, AN INDIVIDUAL , Appellant(s)

vs

XYIENCE INCORPORATED, A NEVADA CORPORATION , Appellee(s)

---

MEMORANDUM

To: ALL PARTIES IN APPEAL

From: U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101

The following item(s) are required for the above referenced appeal to proceed timely:

**Designation of Record On Appeal** must be filed at the Bankruptcy Clerk's Office 14 days after the filing of the Notice of Appeal. It must include the exact hearing dates of transcripts, exact titles and filing dates of all pleadings and exhibits. If any party includes a transcript, it must immediately be ordered by filing a Transcript Order Form with the Clerk's Office and make arrangements for payment with our Electronic Court Recorders.

The **Statement Of Issues** must also be filed at the Bankruptcy Clerk's Office 14 days after filing the Notice of Appeal. The Appellee is allowed 14 days after service of the Appellant Statement of Issues and Designation of Record to file an Additional/Supplemental Designation of Record.

**IF THE ABOVE ARE NOT COMPLIED WITH, THE BANKRUPTCY CLERK WILL FILE A STATUS REPORT WITH THE BANKRUPTCY APPELLATE PANEL OR THE U.S. DISTRICT COURT INDICATING WHY THE BANKRUPTCY CLERK HAS BEEN UNABLE TO FORWARD THE RECORD ON A TIMELY BASIS.**

**PLEASE NOTE THE FOLLOWING REGARDING THE RECORD ON APPEAL:**

Pursuant to Local Rule 8009(a), **Excerpts of Record** shall be filed by the parties on appeals to the District Court in the same manner as required by Federal Rules Bankruptcy Procedures 8009(b) for appeals to the Bankruptcy Appellate Panel. A party filing excerpts of record with the District Court shall file two copies to be bound separately from the briefs. A party filing excerpts of record with the Bankruptcy Appellate Panel shall file the number of copies as required by the 9th Circuit Bankruptcy Appellate Panel. Copies of the designated record no longer need to be delivered to the Clerk of the Bankruptcy Court unless there is a separate request per Local Rule 8006(a)(2).

BY THE COURT

Mary A. Schott
Clerk of the Bankruptcy Court

Richard E. Bergeron III
PO Box 5212
Weirs Beach, NH 03247
Pro-Se
Email: Rich.Bergeron@gmail.com
617-209-4325

RECEIVED AND FILED

APR 25 12 12 PH '11

U.S. ... MARY ...

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>XYIENCE, INCORPORATED,<br>A Nevada Corporation,<br><br>Debtor. | Case No: BK-S-08-10474-MKN<br>Chapter 11<br><br>Adversary No. 08-1082-MKN |
| XYIENCE, INCORPORATED,<br>A Nevada Corporation,<br><br>Plaintiff.<br><br>v.<br><br>RICHARD BERGERON, an individual,<br><br>Defendant. | BAP#: NV-11-1197<br><br>RECEIVED<br>Susan M. Spraul, Clerk<br>U.S. BKCY. APP. PANEL<br>OF THE NINTH CIRCUIT<br><br>APR 27 2011<br><br>FILED<br>DOCKETED 04/27/11 V.J.B.<br>DATE INITIAL |
| RICHARD BERGERON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>XYIENCE INCORPORATED, a Nevada corporation,<br><br>Counterdefendant. | **NOTICE OF APPEAL**<br><br>Hearing Date: n/a<br>Time: n/a |

## DEFENDANT AND COUNTERCLAIMANT RICHARD E. BERGERON'S NOTICE OF APPEAL OF 4-08-11 ORDER OF JUDGE KING

Richard E. Bergeron, the defendant and counterclaimant in the above entitled proceeding, hereby appeals under 28 U.S.C. § 158 from the attached order of the bankruptcy judge entered in this adversary proceeding on the 8th day of April, 2011.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Original Xyience, Inc. Attorney Jamie Cogburn:**

9555 S. Eastern Avenue
Suite 280
Las Vegas, NV 89123

**William Bullard on behalf of himself and Zyen, LLC:**

1335 E. Sunset Road, SUITE J
Las Vegas, NV 89119

**Karim Maskatiya:**

7244 Fisher Island Dr
Miami Beach, FL 33109

**Omer Sattar:**

662 Tam 0 Shanter
Las Vegas, Nevada 89109

**Zuffa, LLC:**

2960 West Sahara Avenue
Suite 100
Las Vegas, NV 89102

**Station Casinos, Inc.:**

1505 SOUTH PAVILLION CENTER DRIVE
Las Vegas, NV 89135

**Michael Levy:**

1335 E. Sunset Road Suite # J-H
Las Vegas, Nevada 89119

**Kirk Sanford:**

7199 Ranchito Circle
Las Vegas, Nevada 89120

**XYIENCE, Inc.:**
**C/O Jon Backman & David Herzog (Trustee's Counsel and Trustee, respectively)**

jbackman@backlawoffice.com, drhlaw@mindspring.com

**Attorney John Mowbray (Director) and Laurel Davis and their firm: Fennemore Craig:**

JMOWBRAY@fclaw.com
LDAVIS@fclaw.com

**Attorney Jon Pearson, formerly of Fennemore Craig and now with Ballard Spahr, LLP:**

pearsonj@ballardspahr.com

**Attorney Pamela Lawson and her firm Hunterton and Associates, also operating in the past on behalf of ADAM FRANK**

plawson@huntertonlaw.com

**LAWRENCE J. SEMENZA, also on behalf of ADAM FRANK:**

lsemenza@bhfs.com; orodriguez@bhfs.com

**TODD L. BICE, also on behalf of ADAM FRANK:**

lit@pisanellibice.com, mar@pisanellibice.com

**MICHAEL N. FEDER on behalf of ZUFFA MARKETING, LLC:**

mfeder@lrlaw.com, cwrangham@lrlaw.com;nfortenberry@lrlaw.com

**Attorneys Matthew C. Zirzow and Gregory Garman and their firm: Gordon and Silver, LTD, on behalf of Fertitta Enterprises, Lorenzo Fertitta, Estate of Frank Fertitta Jr., and Frank Fertitta III:**

bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com

**ANTHONY W. AUSTIN on behalf of ZUFFA MARKETING, LLC:**

aaustin@lrlaw.com

DATED: April 25, 2011

Signed:

**Rich Bergeron**
**PO BOX 5212**
**Weirs Beach, NH 03247**
**617-209-4325**
**Attorney Pro-Se**
Rich.Bergeron@gmail.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

Entered on Docket
April 08, 2011

| | |
|---|---|
| In re<br><br>XYIENCE INCORPORATED,<br><br>Debtor. | Case No.: BK-S-08-10474<br>Chapter 11 |

## ORDER ENJOINING INTERFERENCE WITH IMPLEMENTATION OF PLAN OF REORGANIZATION

Pursuant to the Findings of Fact and Conclusion of Law filed this date, it is hereby ordered that:

1. The Emergency Motion for Plan Implementation Injunction (dkt. no. 589), filed by Zyen, LLC, and Manzen, LLC, doing business as Xyience, is granted.

2. Richard Bergeron and any person or entity acting on his behalf are enjoined from:

(a) Pursuing claims discharged, enjoined or exculpated, pursuant to the confirmed plan of reorganization in this case, against:

(1) Debtor Xyience Incorporated ("Debtor"), Zyen, LLC ("Zyen"), or Manzen, LLC, doing business as Xyience ("Xyience");

(2) Xyience's principals, management, and employees, including past

and present Xyience employees, John Lennon. Michael Levy, and John Villari.

(3) Zyen's principals, management and employees, including Frank Fertitta, III, Lorenzo Fertitta, and William Bullard;

(4) Xyience's and Zyen's current or formerly retained attorneys, other than written (not electronic) correspondence sent to Zyen's and Xyience's retained counsel, including Gregory E. Garman;

(b) Communicating, including contact by telephone, electronic correspondence, text messages, social media postings, posting on web pages or other media affiliated with Xyience, or in person, with:

(1) Debtor, Zyen, or Xyience;

(2) Xyience's principals, management, and employees, including past and present Xyience employees, John Lennon, Michael Levy, and John Villari;

(3) Zyen's principals, management, and employees, including Frank Fertitta, III, Lorenzo Fertitta, and William Bullard:

(4) Mixed martial arts studios and fighters affiliated with Xyience or Ultimate Fighting Championship;

(5) Xyience's customers; and

(6) Zyen's and Xyience's current or formerly retained attorneys, other than written (not electronic) correspondence sent to Zyen's and Xyience's retained

counsel, including Gregory E. Garman.

(c) Disclosing, transmitting, transferring, or disseminating proprietary information regarding Xyience operations, accounts, financial affairs, sales forecasts, employees, including proprietary information obtained through Righard Bergeron's unauthorized access to the Xyience servers.

Dated: APR 0 8 2011.

Lloyd King
United States Bankruptcy Judge

**Richard E. Bergeron III**
**PO Box 5212**
**Weirs Beach, NH 03247**
**Pro-Se**
**Email: Rich.Bergeron@gmail.com**
**617-209-4325**

RECEIVED AND FILED
APR 25 12 12 PM '11
U.S. ... MA...

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **In re:**<br><br>**XYIENCE, INCORPORATED,**<br>**A Nevada Corporation,**<br><br>**Debtor.** | **Case No: BK-S-08-10474-MKN**<br>**Chapter 11**<br><br>**Adversary No. 08-1082-MKN** |
| **XYIENCE, INCORPORATED,**<br>**A Nevada Corporation,**<br><br>**Plaintiff.**<br><br>**v.**<br><br>**RICHARD BERGERON, an individual,**<br><br>**Defendant.** | |
| **RICHARD BERGERON, an individual,**<br><br>**Counterclaimant,**<br><br>**v.**<br><br>**XYIENCE INCORPORATED, a Nevada corporation,**<br><br>**Counterdefendant.** | **DEFENDANT AND COUNTERCLAIMANT RICHARD E. BERGERON'S MOTION FOR LEAVE TO APPEAL INFORMA PAUPERIS**<br><br>**Hearing Date: n/a**<br>**Time: n/a** |

**DEFENDANT AND COUNTERCLAIMANT RICHARD E. BERGERON'S MOTION FOR LEAVE TO APPEAL INFORMA PAUPERIS**

Defendant and Counterclaimant Richard E. Bergeron ("Bergeron") hereby files this Motion For Leave To Appeal Informa Pauperis in relation to the attached notice of appeal of the 4-08-2011 order of Judge Lloyd King. Also attached are an affidavit and financial documentation proving Bergeron does not have sufficient income that would allow him to pay any docketing or service fees in this matter.

Bergeron only recently received a copy of this order, and no copy has been entered into his own adversary proceeding as of this writing. The order was only entered into the core bankruptcy proceeding, and a copy was sent to Bergeron via U.S. Mail, which was subsequently forwarded to his current Las Vegas address. The U.S. Trustee made no appearance at the hearing, and there is no basis for this order not being entered on the docket of the adversary proceeding. Further, Judge King began the hearing by giving extensive legal advice to Attorney Gregory Eugene Garman of Gordon Silver. Garman did not even agree with the judge's analysis of the situation, and Garman did not seek relief under the statute Judge King mentioned, but he was granted such relief under that statute nonetheless. This clear, pervasive bias has no place in any U.S. Court, and the order should be overturned promptly due to these concerns and additional constitutional issues.

## LEGAL ANALYSIS:

Authority to allow prosecution of an appeal in forma pauperis is vested in "[a]ny court of the United States" by 28 U.S.C. § 1915 (a). The second paragraph of section 1915 (a) seems to contemplate initial application to the district court for permission to proceed in forma pauperis, and although the circuit rules are generally silent on the question, the case law requires initial application to the district court. *Hayes v. United States*, 258 F.2d 400 (5th Cir., 1958), cert. den. 358 U.S. 856, 79 S.Ct. 87, 3 L.Ed.2d 89 (1958); *Elkins v. United States*, 250 F.2d 145 (9th Cir., 1957) see 364 U.S. 206, 80 S.Ct. 1437, 4 L.Ed.2d 1669 (1960); *United States v. Farley*, 238 F.2d 575

(2d Cir., 1956) see 354 U.S. 521, 77 S.Ct. 1371, 1 L.Ed.2d 1529 (1957).

If in forma pauperis status is granted, "the officers of the court shall issue and serve all process, and perform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases." 28 U.S.C. § 1915(d). In addition, the statute allows the court to require a record on appeal or transcript of proceedings to be prepared at no expense to the party. 28 U.S.C. § 1915(c).

***Traguth v. Zuck*, 710 F. 2d 90, 91 (1983) additionally provides:**

> **"Implicit in the right to [self-representation] is the obligation on the part of the Court to make reasonable allowances to protect Pro Se litigants from inadvertent forfeiture of important rights because of their lack of legal training." And the "Court's duty is even broader in the case of a [Pro Se] defendant who finds [himself] in court against [his] will with little time to learn the intricacies of civil procedure and law." See 28 U.S.C.A. 1654.**

Just as he did at the hearing on the motion to amend Bergeron's sanctions motion held on February 10, 2011, Judge King willfully admitted at the March 1, 2011 hearing on the instant matter that he had not read the associated pleadings related to the initial motion for sanctions and other paperwork that would be necessary for him to review to make an informed decision on Bergeron's stated merits set forth in the pleading paperwork. Judge King again took no opportunity to reserve judgment until after he had sufficient time to review the associated pleadings. Instead, he simply ruled on the spot at the close of the hearing.

"A finding of fact is clearly erroneous 'when although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed.'" Id. (quoting *Anderson v. City of Bessemer City, N.C.*, 470 U.S. 564, 573, 105 S. Ct. 1504 (1985)). Since Judge King was clearly negligent in reviewing the full record, the appeals process must be borne out for a fair and legally sound conclusion to be made on the motion.

Bergeron's rights to equal treatment under the law were substantially denied due to Judge King's substitution into this case and his subsequent prejudicial treatment of Bergeron without proper review of the associated paperwork. The instant

order being appealed also subjects Bergeron to a clear prior restraint against speech. The order restricts communication of any kind with multiple parties with no basis for such extreme measures presented. Bergeron works as a combat sports journalist, and he is being restricted from communicating with any fighter associated with the Ultimate Fighting Championship, which clearly violates his First Amendment rights. Thus, a party may only appeal a bankruptcy court order when it diminishes their property, increases their burdens or impairs their rights. *Travelers Cas. & Sur. v. Corbin* (In re *First Cincinnati, Inc.*), 286 B.R. 49, 51 (B.A.P. 6th Cir. 2002) (citations omitted).

Bergeron should be allowed leave to appeal because he has also been denied standing to represent injured shareholders who were damaged by the silencing of Bergeron due to an unconstitutional injunction secured at the outset of the district court case. Judge King classified Bergeron's sanctions request improperly as a claim, and the reorganization plan for the bankruptcy clearly stipulates "the Bergeron matter" as being allowed to continue. Bergeron had already filed his sanctions motion, expressly seeking relief for the shareholders, before the reorganization plan came into effect. Bergeron's relief request is not a separate claim of any sort that can be said to be similar to anything the Trustee seeks in his adversary cases. Bergeron requests sanctions through Rule 9011 as well as the inherent power of the court. This is not a claim in any traditional sense and should not be treated as such.

Judge Nakagawa should be the presiding judge on this case moving forward, as he is the one most familiar with the pleadings and prior hearings held. While Judge King mandated Bergeron appear personally at all future hearings, King himself appeared by satellite video feed at the hearing giving way to the order being appealed here. A hearing on this same matter was secured just 4 days from entry of the associated pleadings, while Bergeron's motion for sanctions has not been granted a hearing yet even though the last amended motion was submitted more than a year ago. The preferential treatment afforded Bergeron's opposition in this case is detrimental to justice and also to Bergeron's ability to afford to proceed properly with these matters.

**WHEREFORE:** Bergeron should be granted leave to appeal informa pauperis and given adequate relief as follows:

The order of Judge King dated April 8, 2011 should be overturned, and Bergeron should be allowed to amend the outstanding sanctions motion upon the conclusion of the appeal.

Bergeron is being punished for simply asking questions and investigating his subjects aggressively. He never once made any threats, veiled or otherwise, to any subject he is now being enjoined from speaking with. There is no justification for an injunction against him such as the one entered here, which is facially unconstitutional and overbroad.

Judge Nakagawa should also be restored as the presiding judge on this case due to a pervasive bias shown against Bergeron demonstrated by Judge King by way of his repeated criticism of Bergeron's lack of an attorney, which he cannot afford. Judge Nakagawa is most familiar with the past pleadings Judge King admittedly did not even read prior to both hearings he presided over that are now subject to appeal. Judge King displayed a disrespectful and ignorant view of Bergeron's related requests regarding the February 10th hearing as well as the March 1 hearing, and his immediate rulings on the day of the hearings is further evidence that he is not willing to adequately review the case files he is obliged to in order to make an informed decision based on the full record of the case.

Dated this 25th day of April, 2011

**Rich Bergeron**
**PO BOX 5212**
**Weirs Beach, NH 03247**
**617-209-4325**
**Attorney Pro-Se**
Rich.Bergeron@gmail.com

RECEIVED AND FILED
APR 25 12 12 PM '11
U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK

**Form 4. Motion and Affidavit for Permission to Appeal In Forma Pauperis**

## Motion and Affidavit for Permission to Appeal In Forma Pauperis

Xyience, Inc.
Debtor, plaintiff, counterdefendant

v.

Appeal No. ____________

Richard Bergeron defendant & counterclaimant

District Court or Agency No. BK-S-08-10474-MKN
Adversary: 08-1082-MKN

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| [signature] Signature | April 25, 2011 Date |

**My issues on appeal are:** Standing for sanctions Request and First Amendment concerns with facially unconstitutional and overbroad injunction.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 200 | $ | $ 200 | $ |
| Self-employment | $ 150 | $ | $ 150 | $ |
| Income from real property (such as rental income) | $ N/A | $ | $ N/A | $ |
| Interest and dividends | $ N/A | $ | $ N/A | $ |
| Gifts | $ N/A | $ | $ N/A | $ |
| Alimony | $ N/A | $ | $ N/A | $ |
| Child support | $ N/A | $ | $ N/A | $ |

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance | $ N/A | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ N/A | $ | $ | $ |
| Unemployment payments | $ N/A | $ | $ | $ |
| Public-assistance (such as welfare) | $ N/A | $ | $ | $ |
| Other (specify):_______ | $ N/A | $ | $ | $ |
| **Total monthly income:** | $ 350 | $ | $ 350 | $ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Demand Media Studios | Internet - based | 2010-Now | $ 100 |
| opposing views | Internet-based | 2010-present | $ 100 |
| Self | Web-sites | 2006-Pres. | $ 150 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 15.00
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Bank of America | Checking | $ 91.36 | $ N/A |
| Paypal | Internet | $ X | $ N/A |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make and year: N/A<br>Model:<br>Registration No: |

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| N/A | N/A | Make and year: N/A<br>Model:<br>Registration No: |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person(s) owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| Expenses | Amount expected next month You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>Are real-estate taxes included? ☐ YES ☒ NO<br>Is property insurance included? ☐ YES ☒ NO | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 100 | $ N/A |
| Home maintenance (repairs and upkeep) | $ ~~00~~ N/A | $ N/A |
| Food | $ 50 | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and Dry Cleaning | $ 10 | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 20 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments): | | |
| Homeowner's or renter's | $ N/A | $ N/A |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): Freelancing taxes paid at end of year and low income means I qualify for earned Income Tax credit | $ | $ |
| Installment payments | | |
| Motor Vehicle | $ N/A | $ N/A |
| Credit card (name): | $ | $ |
| Department Store (name): | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) hosting Fees For sites | $ 48 | $ [illegible] |
| Other (specify): | $ N/A | $ |
| **Total monthly expenses:** | $ 228 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ YES ☒ NO If yes, describe on an attached sheet.

10. Have you paid - or will you be paying- an attorney any money for services in connection with this case, including the completion of this form?

☐ YES ☒ NO If yes, how much? $ ________

If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ YES ☒ NO If yes, how much? $ ________

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I am overwhelmed with legal work and have no time to pursue more profitable writing work, much of which would only be feasible with victories in my cases.

13. State the address of your legal residence.

When I am able to return home I will be living at:
107 Cotton Hill Rd. Belmont, NH 03220

Your daytime phone number: 617-209-4325

Your age: 33 Your years of schooling: 12 - B.A in English from Norwic Universi

Your social-security number: 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

Sign Off

Locations Mail Help En Español

Accounts | Bill Pay | Transfers | Investments | Customer Service

Enter keyword(s)

Accounts Overview | Account Details | My Portfolio | Alerts | Open an Account

## MyAccess Checking - 6348

Account: Select Account Go

Did you know we automatically send you a courtesy email alert when your available balance drops below $25? If you'd rather not receive this Courtesy Balance Alert, you can turn it off within the Alerts tab. For quick access to your available balance any time via text message, enroll in Text Banking.

Hide this message

**Balance Summary** ?

**$91.36** Available Balance as of today

Account balance history
Tips to help avoid fees

**Account Profile & Settings**

Show account number
Show routing numbers
Personal schedule of fees

**My Keep the Change® Savings**



**$141.24²**

My savings keep adding up with Keep the Change!

View my savings

Turn off Popup Help

QUICK TIP

Now see your cleared checks with your online statement.

Learn more

**Pay Your Bills**

Schedule a payment with Bill Pay

Pay a bill due today with Quick Payment

Learn about your payment options

**Customer Service**

Stop mailing paper statements
Manage alerts
Check card settings

Show me more services...

**Account Activity** | **My Statements** | **Find Transactions**

Download Print

Go to: Today (Apr 25, 2011) Newest · Next · Previous · Oldest Quick Find Find

| Date | Description | Type | Status | Amount | Available Balance |
|---|---|---|---|---|---|
| | **Amount included in Available Balance** | | | | |
| Processing | CHECKCARD 04/23 PAYPAL *FIVERR COM 4029357733 | | | -$5.00 | $91.36 |
| Processing | CHECKCARD 04/23 PAYPAL *FIVERR COM 4029357733 | | | -$5.00 | $96.36 |
| Processing | CHECKCARD 04/23 PAYPAL *FIVERR COM 4029357733 | | | -$5.00 | $101.36 |
| Processing | CHECKCARD 04/23 PAYPAL *FIVERR COM 4029357733 | | | -$5.00 | $106.36 |
| 04/21/2011 | CHECKCARD 0419 PAYPAL *SKYPE 35314369001 85353391110115424608016 | | | -$0.36 | $111.36 |
| 04/21/2011 | KEEP THE CHANGE TRANSFER TO ACCT 5263 FOR 04/21/11 | | | -$1.07 | $111.72 |
| 04/21/2011 | CHECKCARD 0419 PAYPAL *SKYPE 35314369001 85353391110115424608016 | | | -$12.05 | $112.79 |
| 04/21/2011 | CHECKCARD 0420 PAYPAL *ITPROEXPR 4029357733 CA 55429501110849540622736 | | | -$20.88 | $124.84 |
| 04/20/2011 | Online Banking transfer from SAV 5263 Confirmation# 3730617771 | | | $31.00 | $145.72 |
| 04/20/2011 | Counter Credit | | | $100.00 | $114.72 |
| 04/18/2011 | CHECKCARD 0414 PAYPAL *SKYPE 35314369001 85130071105114747013850 | | | -$0.30 | $14.72 |
| 04/18/2011 | KEEP THE CHANGE TRANSFER TO ACCT 5263 FOR 04/18/11 | | | -$0.24 | $15.02 |
| 04/18/2011 | CHECKCARD 0414 PAYPAL *SKYPE 35314369001 85130071105114747013850 | | | -$10.00 | $15.26 |
| 04/18/2011 | Wal-Mart Super 04/16 #000011232 PURCHASE 5070 WAL-SAMS LAS VEGAS NV | | | -$21.76 | $25.26 |
| 04/15/2011 | CHECKCARD 0413 PAYPAL *FREELANCE 4029357733 85263801104114740417215 | | | -$0.25 | $47.02 |
| 04/15/2011 | KEEP THE CHANGE TRANSFER TO ACCT 5263 FOR 04/15/11 | | | -$0.70 | $47.27 |
| 04/15/2011 | CHECKCARD 0413 PAYPAL *FREELANCE 4029357733 85263801104114740417215 | | | -$8.30 | $47.97 |
| | **Statement as of 04/14/2011** (view now) | | | | |
| 04/12/2011 | CLARK COUNTY C 04/12 #000885018 WITHDRWL 200 LEWIS AVE LAS VEGAS NV FE | | | -$2.00 | $56.27 |
| 04/12/2011 | CLARK COUNTY C 04/12 #000885018 WITHDRWL 200 LEWIS AVE LAS VEGAS NV | | | -$22.50 | $58.27 |

| | | | |
|---|---|---|---|
| 04/11/2011 | PAYPAL DES:TRANSFER ID:49KJ24US9X9RJ INDN:RICH BERGERON CO ID:PAYP | $80.00 | $80.77 |
| 04/08/2011 | KEEP THE CHANGE TRANSFER TO ACCT 5263 FOR 04/08/11 | -$0.70 | $0.77 |
| 04/08/2011 | CIRCLE K 00542 04/08 #000342283 PURCHASE 3500 E CHARLESTON LAS VEGAS NV | -$11.30 | $1.47 |
| 04/08/2011 | PAYPAL DES:TRANSFER ID:49KJ24UKKYXFJ INDN:RICH BERGERON CO ID:PAYP | $12.00 | $12.77 |
| 04/04/2011 | KEEP THE CHANGE TRANSFER CANCELED-LOW ACCT BALANCE | $0.00 | $0.77 |
| 04/04/2011 | CIRCLE K 00542 04/03 #000338863 PURCHASE 3500 E CHARLESTON LAS VEGAS NV | -$3.48 | $0.77 |
| 04/04/2011 | USPS 314891001 04/04 #000000631 PURCHASE 3115 OLIVE ST LAS VEGAS NV | -$4.95 | $4.25 |
| 04/04/2011 | CIRCLE K 00542 04/02 #000261559 PURCHASE 3500 E CHARLESTON LAS VEGAS NV | -$13.87 | $9.20 |
| 04/04/2011 | CIRCLE K 00542 04/01 #000035984 PURCHASE 3500 E CHARLESTON LAS VEGAS NV | -$19.63 | $23.07 |
| 04/04/2011 | CIRCLE K 00542 04/04 #000226563 PURCHASE 3500 E CHARLESTON LAS VEGAS NV | -$21.67 | $42.70 |
| 04/04/2011 | Online Banking transfer from SAV 5263 Confirmation# 4992829813 | $2.50 | $64.37 |
| 04/04/2011 | PAYPAL DES:TRANSFER ID:49KJ24UA8TNHA INDN:RICH BERGERON CO ID:PAYP | $20.00 | $61.87 |
| 04/01/2011 | KEEP THE CHANGE TRANSFER TO ACCT 5263 FOR 04/01/11 | -$0.65 | $41.87 |
| 04/01/2011 | CHECKCARD 0331 PAYPAL *GODADDY.C 402-935-7733 AZ 55432861090000361053810 | -$22.45 | $42.52 |
| 04/01/2011 | CHECKCARD 0331 QUIZNOS SUB #4206 LAS VEGAS NV 55548961091249865010408 | -$33.90 | $64.97 |
| 04/01/2011 | Online Banking transfer from SAV 5263 Confirmation# 0663281256 | $6.00 | $98.87 |
| 03/31/2011 | KEEP THE CHANGE TRANSFER TO ACCT 5263 FOR 03/31/11 | -$0.20 | $92.87 |
| 03/31/2011 | CHECKCARD 0330 AWEBER COMMUNICAT HUNTINGDON VAPA 85101651089700338666579 | -$1.00 | $93.07 |
| 03/31/2011 | CIRCLE K 00542 03/30 #000004573 PURCHASE 3500 E CHARLESTON LAS VEGAS NV | -$11.80 | $94.07 |
| 03/31/2011 | CHECKCARD 0330 PAYPAL *CLICKBANK 4029357733 ID 55429501089849687567063 | -$24.00 | $105.87 |
| 03/30/2011 | KEEP THE CHANGE TRANSFER TO ACCT 5263 FOR 03/30/11 | -$1.22 | $129.87 |
| 03/30/2011 | CIRCLE K 00542 03/29 #000464195 PURCHASE 3500 E CHARLESTON LAS VEGAS NV | -$11.15 | $131.09 |
| 03/30/2011 | CHECKCARD 0329 PAYPAL *GODADDY.C 4029357733 AZ 55429501088849662834620 | -$14.83 | $142.24 |
| 03/30/2011 | CHECKCARD 0329 HOSTGATOR.COM 07135745287 TX 55309591088026371724105 | -$24.95 | $157.07 |
| 03/30/2011 | CHECKCARD 0329 PAYPAL *NING INC 4029357733 CA 55429501088849663976156 | -$25.85 | $182.02 |
| 03/29/2011 | KEEP THE CHANGE TRANSFER TO ACCT 5263 FOR 03/29/11 | -$1.27 | $207.87 |
| 03/29/2011 | CHECKCARD 0327 PAYPAL *GODADDY.C 4029357733 AZ 55429501087849591344478 | -$7.90 | $209.14 |
| 03/29/2011 | CIRCLE K 00542 03/28 #000251449 PURCHASE 3500 E CHARLESTON LAS VEGAS NV | -$9.33 | $217.04 |
| 03/29/2011 | CHECKCARD 0327 PAYPAL *ISLANDMED 4029357733 CA 55429501087849592186159 | -$12.50 | $226.37 |

| | | | | | |
|---|---|---|---|---|---|
| 03/28/2011 | KEEP THE CHANGE TRANSFER TO ACCT 5263 FOR 03/28/11 | | | -$1.06 | $238.87 |
| 03/28/2011 | CHECKCARD 0327 GOOGLE *paid stor google.com/chCA 55432861086000654322928 | | | -$5.00 | $239.93 |

Icon Legend    **Showing:** All entries    Download    Print

**Go to:** Today (Apr 25, 2011)    Newest · Next · Previous · Oldest    Quick Find    Find

[2] This includes the total saved from purchases since enrollment, last match paid and pending match. Your pending match will be paid on the anniversary of your enrollment.

**Secure Area**

Accounts · Bill Pay · Transfers · Investments · Customer Service
Privacy & Security · Locations · Alerts · Mail · Help · Site Map · Sign Off

**Bank of America, N.A. Member FDIC.** Equal Housing Lender
**© 2011 © 2011 Bank of America Corporation. All rights reserved.**

Investment and insurance products:

| | | |
|---|---|---|
| **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** |
| **Are Not Deposits** | **Are Not Insured by Any Federal Government Agency** | **Are Not a Condition to Any Banking Service or Activity** |

Merrill Lynch is the marketing name for Merrill Lynch Wealth Management and Merrill Edge which are made available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S).

Merrill Lynch Wealth Management makes available products and services offered by MLPF&S and other subsidiaries of Bank of America Corporation. Merrill Edge is the marketing name for two businesses: Merrill Edge Advisory Center, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform.

Securities products are provided by MLPF&S, a registered broker-dealer, Member SIPC, and a wholly-owned subsidiary of Bank of America Corporation.

Insurance products are offered through Merrill Lynch Life Agency Inc., Bank of America, N.A. and/or Banc of America Insurance Services, Inc., all of which are licensed insurance agencies and wholly-owned subsidiaries of Bank of America Corporation. Banc of America Insurance Services, Inc. does business in New York as Banc of America Insurance Agency.

**BAPCPA, APPEAL**

**U.S. Bankruptcy Court**
**District of Nevada (Las Vegas)**
**Bankruptcy Petition #: 08-10474-mkn**

*Date filed:* 01/18/2008

*Assigned to:* MIKE K. NAKAGAWA
Chapter 11
Voluntary
Asset

| | | |
|---|---|---|
| ***Debtor***<br>**XYIENCE, INCORPORATED**<br>4572 WEST HACIENDA<br>LAS VEGAS, NV 89118<br>Tax ID / EIN: 20-1058349 | represented by | **JON T PEARSON**<br>BALLARD SPAHR LLP<br>100 NORTH CITY PKWY, STE 1750<br>LAS VEGAS, NV 89106<br>(702) 868-7541<br>Fax : (702) 471-7070<br>Email: pearsonj@ballardspahr.com<br><br>**LAUREL E. DAVIS**<br>FENNEMORE CRAIG, P.C.<br>300 S. FOURTH STREET, #1400<br>LAS VEGAS, NV 89101<br>(702) 692-8000<br>Fax : (702) 692-8099<br>Email: ldavis@fclaw.com |

***Petitioning Creditor***
**MICHAEL CLARK**
4950 VEGAS DR.
LAS VEGAS, NV 89108

***Petitioning Creditor***
**KLINGENBERG CHILDRENS EDUCATION TRUST**
C/O CHERYL AGRELLAS, TRUSTEE
2202 W. CHARLESTON BLVD.
LAS VEGAS, NV 89102

***Petitioning Creditor***
**SHARON MILLIGAN**
2202 W. CHARLESTON BLVD.
LAS VEGAS, NV 89102

*Petitioning Creditor*
**RUSSELL PIKE**
801 VILLAGE FRANCHE ST.
LAS VEGAS, NV 89145

represented by **MITCHELL C. WRIGHT**
325 WEST LIBERTY ST.
RENO, NV 89501
(775) 324-1117

*Petitioning Creditor*
**LAWRENCE ABERLE**
608 PURCELL DR.
LAS VEGAS, NV 89107

represented by **ROBERT SPEAR**
REMMEL & SPEAR, LLP
7456 WEST SAHARA AVE
SUITE 101
LAS VEGAS, NV 89117
(702) 750-0571
Fax : (702) 750-0572
Email:
rspear@remmelspear.com

*Petitioning Creditor*
**PROSPERITY INVESTMENTS ALLIANCE, LLC**
C/O BRENT HUCKS
871 CORONADO CENTER DR., STE 200
LAS VEGAS, NV 89052

*Petitioning Creditor*
**PACIFIC INVESTMENTS NETWORK, LLC**
C/O BRENT HUCKS
625 PROUD EAGLE LANE
LAS VEGAS, NV 89144

*Petitioning Creditor*
**BRENT HUCKS**
625 PROUD EAGLE LANE
LAS VEGAS, NV 89144

*Petitioning Creditor*
**PATRICIA WELDON**
9811 W. CHARLESTON BLVD.
LAS VEGAS, NV 89117

represented by **MITCHELL C. WRIGHT**
(See above for address)

*Petitioning Creditor*
**JENNIFER PIKE**

represented by **MITCHELL C. WRIGHT**
(See above for address)

*U.S. Trustee*
**U.S. TRUSTEE - LV - 11**
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

*Creditor Committee*
**AD HOC COMMITTEE OF CREDITORS**

represented by **AD HOC COMMITTEE OF CREDITORS HOLDING**

| | |
|---|---|
| **HOLDING UNSECURED CLAIMS** | **UNSECURED CLAIMS**<br>PRO SE<br><br>**JASON C. FARRINGTON**<br>TIMOTHY S. CORY & ASSOCIATES<br>8831 WEST SAHARA AVENUE<br>LAS VEGAS, NV 89117<br>(702) 388-1996<br>Email: jason@corylaw.us<br>*TERMINATED: 08/05/2008* |
| ***Creditor Committee***<br>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | represented by **MATTHEW E. MCCLINTOCK**<br>K&L GATES LLP<br>70 WEST MADISON STREET<br>SUITE 3100<br>CHICAGO, IL 60602<br>(312) 781-7233 |

| Filing Date | # | Docket Text |
|---|---|---|
| 02/04/2011 | 579 | Second Motion to Extend Time *(Extend Deadline for Objecting to Claims)* with Certificate of Service Filed by JONATHAN A. BACKMAN on behalf of DAVID HERZOG (BACKMAN, JONATHAN) (Entered: 02/04/2011) |
| 02/04/2011 | 580 | Notice of Hearing *Re: Liquidating Trustee's Second Motion to Extend Deadline for Objecting to Claims* Hearing Date: 05/06/2011 Hearing Time: 9:30 a.m. with Certificate of Service Filed by JONATHAN A. BACKMAN on behalf of DAVID HERZOG (Related document(s) 579 Motion to Extend Time filed by Interested Party DAVID HERZOG) (BACKMAN, JONATHAN) (Entered: 02/04/2011) |
| 02/07/2011 | 581 | Hearing Scheduled/Rescheduled. Hearing scheduled 5/6/2011 at 09:30 AM at MKN-Courtroom 2, Foley Federal Bldg. (Related document(s) 579 Motion to Extend Time filed by Interested Party DAVID HERZOG) (lme) (Entered: 02/07/2011) |
| 02/08/2011 | 582 | Stipulation By HUNTERTON & ASSOCIATES, A PROFESSIONAL CORPORATION and Between Plaintiff *David Herzog, as Liquidating Trustee* Filed by PAMELA R. LAWSON on behalf of HUNTERTON & ASSOCIATES, A PROFESSIONAL CORPORATION (LAWSON, PAMELA) (Entered: 02/08/2011) |

| | | |
|---|---|---|
| 02/09/2011 | 583 | Notice of Modification (Related document(s) 582 Stipulation filed by Creditor HUNTERTON & ASSOCIATES, A PROFESSIONAL CORPORATION) (lme) (Entered: 02/09/2011) |
| 02/09/2011 | 584 | Notice of Withdrawal *of Stipulation For Extension to File Opposition to Plaintiff's Motion For Summary Judgment; and Waive and/or Refund Fees* with Certificate of Service Filed by PAMELA R. LAWSON on behalf of HUNTERTON & ASSOCIATES, A PROFESSIONAL CORPORATION (Related document(s) 582 Stipulation filed by Creditor HUNTERTON & ASSOCIATES, A PROFESSIONAL CORPORATION) (LAWSON, PAMELA) (Entered: 02/09/2011) |
| 02/18/2011 | 585 | Order Approving Verified Petition (Related document(s) 512 Verified Petition filed by Creditor A. J. ROBBINS, PC.) (lme) (Entered: 02/18/2011) |
| 02/24/2011 | 586 | Ex Parte Motion to Exceed Page Limit *re: Emergency Motion for Plan Implementation Injunction* Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (GARMAN, GREGORY) (Entered: 02/24/2011) |
| 02/24/2011 | 587 | Ex Parte Motion to Seal Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (GARMAN, GREGORY) (Entered: 02/24/2011) |
| 02/24/2011 | 588 | Declaration Of: JOHN VILLARI *in Support of Ex Parte Application for Order Seeking Authorization to File Documents Under Seal Pursuant to 11 U.S.C. 107(c)(1)* Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (Related document(s) 587 Motion to Seal filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC) (GARMAN, GREGORY) (Entered: 02/24/2011) |
| 02/24/2011 | 589 | Emergency Application *for Plan Implementation Injunction* Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (GARMAN, GREGORY) (Entered: 02/24/2011) |
| 02/24/2011 | 590 | Declaration Of: GREGORY E. GARMAN *in Support of Emergency Motion for Plan Implementation Injunction* Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (Related document(s) 589 Miscellaneous Application filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC) (Attachments: # 1 Exhibit 1-10) (GARMAN, GREGORY) (Entered: 02/24/2011) |
| | | Declaration Of: MICHAEL LEVY *in Support of Emergency* |

| | | |
|---|---|---|
| 02/24/2011 | 591 | *Motion for Plan Implementation Injunction* Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (Related document(s) 589 Miscellaneous Application filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC) (Attachments: # 1 Exhibit 1-9) (GARMAN, GREGORY) (Entered: 02/24/2011) |
| 02/24/2011 | 592 | Declaration Of: WILLIAM BULLARD *in Support of Emergency Motion for Plan Implementation Injunction* Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (Related document(s) 589 Miscellaneous Application filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC) (Attachments: # 1 Exhibit 1) (GARMAN, GREGORY) (Entered: 02/24/2011) |
| 02/24/2011 | 593 | Declaration Of: JOHN LENNON *in Support of Emergency Motion for Plan Implementation Injunction* Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (Related document(s) 589 Miscellaneous Application filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC) (Attachments: # 1 Exhibit 1-5) (GARMAN, GREGORY) (Entered: 02/24/2011) |
| 02/24/2011 | 594 | Declaration Of: JOHN VILLARI *in Support of Emergency Motion for Plan Implementation Injunction* Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (Related document(s) 589 Miscellaneous Application filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC) (Attachments: # 1 Exhibit 1-4) (GARMAN, GREGORY) (Entered: 02/24/2011) |
| 02/24/2011 | 595 | Ex Parte Motion for Order Shortening Time *to Hear Emergency Motion for Plan Implementation Injunction* Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (Related document(s) 589 Miscellaneous Application filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC)(GARMAN, GREGORY) (Entered: 02/24/2011) |
| 02/24/2011 | 596 | Attorney Information Sheet *in Support of Order Shortening Time to Hear Emergency Motion for Plan Implementation Injunction* Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (Related document(s) 595 Motion for Order Shortening Time filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC) (GARMAN, GREGORY) (Entered: 02/24/2011) |
| 02/25/2011 | 597 | Withdrawal of Claim: 35 (IKON FINANCIAL SERVICES (all)) (Entered: 02/25/2011) |
| 02/25/2011 | 598 | Order Approving Ex Parte Motion to Exceed Page Limit re: Emergency Motion for Plan Implementation Injunction (Related document(s) 586 ) (jmg) (Entered: 02/25/2011) |

| | | |
|---|---|---|
| 02/25/2011 | 599 | Order Granting Ex Parte Application for Order Seeking Authorization to File Documents Under Seal Pursuant to 11 U.S.C. Section 107(c)(1) (Related Doc # 587 ) (jmg) (Entered: 02/25/2011) |
| 02/25/2011 | 600 | Notice of Hearing and Order Shortening Time to Hear Emergency Motion for Plan Implementation Injunction (Related document(s) 595 ). Hearing scheduled 3/1/2011 at 11:00 AM at MKN-Courtroom 2, Foley Federal Bldg. (Related document(s) 589 Miscellaneous Application filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC.) (jmg) (Entered: 02/25/2011) |
| 02/25/2011 | 601 | Errata *to Emergency Motion for Plan Implementation Injunction* Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (Related document(s) 589 Miscellaneous Application filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC) (Attachments: # 1 Exhibit 1) (GARMAN, GREGORY) (Entered: 02/25/2011) |
| 02/27/2011 | 602 | BNC Certificate of Mailing - pdf (Related document(s) 598 Order on Motion to Exceed Page Limit) No. of Notices: 2. Service Date 02/27/2011. (Admin.) (Entered: 02/27/2011) |
| 02/27/2011 | 603 | BNC Certificate of Mailing - pdf (Related document(s) 599 Order on Motion to Seal) No. of Notices: 2. Service Date 02/27/2011. (Admin.) (Entered: 02/27/2011) |
| 02/27/2011 | 604 | BNC Certificate of Mailing - pdf (Related document(s) 600 Order on Motion for Order Shortening Time) No. of Notices: 2. Service Date 02/27/2011. (Admin.) (Entered: 02/27/2011) |
| 02/28/2011 | 605 | Opposition Filed by RICHARD E BERGERON III (Related document(s) 589 Miscellaneous Application filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC.) (arv) (Entered: 02/28/2011) |
| 02/28/2011 | 606 | Affidavit Of: Richard E. Bergeron Filed by RICHARD E BERGERON III(Related document(s) 605 Opposition filed by Interested Party RICHARD E BERGERON) (arv) (Entered: 02/28/2011) |
| | | Certificate of Service *to Rich Bergeron* Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (Related document(s) 586 Motion to Exceed Page Limit filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 587 Motion to Seal filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 588 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 589 Miscellaneous Application filed by |

| | | |
|---|---|---|
| 02/28/2011 | 607 | Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 590 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 591 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 592 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 593 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 594 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 595 Motion for Order Shortening Time filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 596 Attorney Information Sheet filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 598 Order on Motion to Exceed Page Limit, 599 Order on Motion to Seal, 600 Order on Motion for Order Shortening Time) (GARMAN, GREGORY) (Entered: 02/28/2011) |
| 02/28/2011 | 608 | Certificate of Service Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (Related document(s) 586 Motion to Exceed Page Limit filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 587 Motion to Seal filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 588 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 589 Miscellaneous Application filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 590 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 591 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 592 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 593 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 594 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 595 Motion for Order Shortening Time filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 596 Attorney Information Sheet filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC) (GARMAN, GREGORY) (Entered: 02/28/2011) |
| 02/28/2011 | 609 | Supplemental Declaration Of: JOHN LENNON *in Support of Emergency Motion for Plan Implemenetation Injunction* Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (Related document(s) 589 Miscellaneous Application filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 593 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC) (Attachments: # 1 Exhibit 1 through 3) (GARMAN, GREGORY) (Entered: 02/28/2011) |
| | | Supplemental Declaration Of: GREGORY E. GARMAN, ESQ. *in Support of Emergency Motion for Plan Implementation Injunction* Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (Related document(s) 589 Miscellaneous Application filed by Creditor ZYEN, LLC, |

| | | |
|---|---|---|
| 02/28/2011 | 610 | Interested Party MANZEN, LLC, 590 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC) (Attachments: # 1 Exhibit 1 through 7) (GARMAN, GREGORY) (Entered: 02/28/2011) |
| 03/03/2011 | 611 | Certificate of Service Filed by GREGORY E GARMAN on behalf of MANZEN, LLC, ZYEN, LLC (Related document(s) 609 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC, 610 Declaration filed by Creditor ZYEN, LLC, Interested Party MANZEN, LLC) (GARMAN, GREGORY) (Entered: 03/03/2011) |
| 03/14/2011 | 612 | Transcript regarding Hearing Held on 03/01/11. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Cline Transcription Services, Inc., Telephone number (702) 644-1123. Purchasing Party: Candace C. Clark, Esq.. Redaction Request Due By 04/4/2011. Redacted Transcript Submission Due By 04/14/2011. Transcript access will be restricted through 06/13/2011. (CLINE TRANSCRIPTION SERVICES) (Entered: 03/14/2011) |
| 03/15/2011 | 613 | Notice of Filing Official Transcript. (Related document(s) 612 Transcript) (mme) (Entered: 03/15/2011) |
| 03/17/2011 | 614 | BNC Certificate of Mailing. (Related document(s) 613 Notice of Filing Official Transcript (BNC-BK)) No. of Notices: 239. Service Date 03/17/2011. (Admin.) (Entered: 03/17/2011) |
| 03/29/2011 | 615 | Motion to Approve Settlement *with Las Vegas Color Graphics, Bardo Equities, Data Intensity and Hunterton & Associates* with Certificate of Service Filed by JONATHAN A. BACKMAN on behalf of DAVID HERZOG (Attachments: # 1 Exhibit A: Settlement Agreement with Las Vegas Color Graphics# 2 Exhibit B: Settlement Agreement with Bardo Equities, LLC# 3 Exhibit C: Settlement Agreemetn with Data Intensity, Inc# 4 Exhibit D: Settlement Agreement with Hunterton and Associates) (BACKMAN, JONATHAN) (Entered: 03/29/2011) |
| 03/29/2011 | 616 | Notice of Hearing *Re: Liquidating Trustee's Motion for Approval of Settlement Agreements With with Las Vegas Color Graphics, Bardo Equities, Data Intensity and Hunterton & Associates* Hearing Date: 05/06/2011 Hearing Time: 9:30 a.m. with Certificate of Service Filed by JONATHAN A. BACKMAN on behalf of DAVID HERZOG (Related document(s) 615 Motion to Approve Settlement filed by Interested Party DAVID HERZOG) (BACKMAN, JONATHAN) (Entered: 03/29/2011) |

| | | |
|---|---|---|
| 03/30/2011 | 617 | Hearing Scheduled/Rescheduled. Hearing scheduled 5/6/2011 at 09:30 AM at MKN-Courtroom 2, Foley Federal Bldg. (Related document(s) 615 Motion to Approve Settlement filed by Interested Party DAVID HERZOG) (lme) (Entered: 03/30/2011) |
| 04/08/2011 | 618 | Findings of Fact and Conclusions of Law (Related document(s) 589 Emergency Motion for Plan Implementation Injunction filed by Creditor ZYEN, LLC, and Interested Party MANZEN, LLC.) (mbd) (Entered: 04/08/2011) |
| 04/08/2011 | 619 | Order Enjoining Interference with Implementation of Plan of Reorganization(Related document(s) 589 Emergency Motion for Plan Implementation Injunction) (mbd) (Entered: 04/08/2011) |
| 04/10/2011 | 620 | BNC Certificate of Mailing - pdf (Related document(s) 618 Findings of Fact and Conclusions of Law) No. of Notices: 3. Service Date 04/10/2011. (Admin.) (Entered: 04/10/2011) |
| 04/10/2011 | 621 | BNC Certificate of Mailing - pdf (Related document(s) 619 Order on Miscellaneous Application) No. of Notices: 3. Service Date 04/10/2011. (Admin.) (Entered: 04/10/2011) |
| 04/25/2011 | 622 | Notice of Appeal, Defendant and Counterclaimant Richard E. Bergeron's Motion for Leave to Appeal Informa Pauperis and Motion and Affidavit and Motion and Affidavit for Permission to Appeal In Forma Pauperis Filed by RICHARD E BERGERON III. Appeal Reference # 11-16. Fee Amount $255 Appeal Status Report Due 6/24/2011. Appellant Designation due by 5/9/2011. (Related document(s) 619 Order on Miscellaneous Application.) (mrb) (Entered: 04/26/2011) |
| 04/26/2011 | 623 | Notice of Referral of Appeal to BAP. Appeal Reference # 11-16 (Related document(s) 622 Notice of Appeal filed by Interested Party RICHARD E BERGERON.)(mrb) (Entered: 04/26/2011) |
| 04/26/2011 | 624 | Transmittal Form (BAP). Appeal Reference # 11-16 (Related document(s) 622 Notice of Appeal filed by Interested Party RICHARD E BERGERON.)(mrb) (Entered: 04/26/2011) |
| 04/26/2011 | 625 | Appeal Memorandum. Appeal Reference # 11-16 (Related document(s) 622 Notice of Appeal filed by Interested Party RICHARD E BERGERON.)(mrb) (Entered: 04/26/2011) |